IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**FILED**

AUG 0 7 2014

TIMOTHY M. O'BRIEN, Clerk

By_____ Deputy

| | |
|---|---|
| DANIEL WAYNE CLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) No. 13-2240- SAC |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLAINTIFFS OPPOITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,

<u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>

   Now comes the Plaintiff Pro-se, and on his own behalf, Pursuant to Fed. Civ. P.

56, Plaintiff moves for summary judgment, Plaintiff cross- moves for summary

judgment and opposes Defendants motion for summary judgment,

 A statement of genuine issues regarding Defendants statement of material facts,

Plaintiffs statement of material facts not in dispute, Defendant is not entitled to a

judgment as a matter of law, Plaintiff is entitled to a judgment as a matter of law,

on the claims of racial discrimination and racial harassment, Defendant has a anti-

harassment policy, Plaintiff went to supervisor and told him he was offended by a

1

co-workers confederate flag license plate in defendants parking lot supervisor

told Plaintiff that there is nothing they can do defendant doesn't own the

barking-lot, in march 2013 ,Plaintiff was terminated for here say in the parking lot

after Plaintiff had completed his shift for defendant, in March 2011 Plaintiff and

and a another African American were terminated for work- place violence but a

white coworker in same incident was not, in April 2013 plaintiff was told by

management in a grievance herring to join put a black Panther sticker on his

car, Defendant has repeatedly terminated Plaintiff wrongfully under rule 17(i) of

the supplemental agreement between Teamsters and Defendant a memorandum

of points and authorities, are filed herewith.

No reasonable jury could not render a verdict on the favor of Plaintiff for racial

Discrimination claim under 1981 and racial harassment claims under Title VII and

1981.Plaintff can show that he was treated less favorably than similarly situated

2

Employees and that he worked in a hostile environment. Even though Plaintiff

was terminated by a supervisor of the same race courts have ruled that persons

of the same race can racially discriminate. Plaintiff was ultimately terminated by a

all-white committee in Travis city Michigan. Plaintiff Can show that Defendant

terminating Plaintiff was pretextual. Plaintiff is entitled to judgment as A matter of

law.

Respectfully Submitted,

## CERTTIFICATE OF SERVICE

This is to certify that on Aug. 04/14 a true and accurate copy of

...

the above and foregoing was filed with the court and hand deliverd to defendants attorney

Shelly Ericson
2345 Grand Boulevard
suite 1500
Kansas city, mo 64108